UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD LOHMANN, ) | No. C07-00514 SBA | |
| Plaintiff, ) | | |
| ) | ORDER DISMISSING ACTION | |
| vs. ) | | |
| ) | | |
| CIBA VISION CORP, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| _____ ) | | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 1/24/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge